```
                 IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HINDOLUI KENNIE,                  :   CIVIL ACTION
                                  :   NO. 19-6155
          Petitioner,             :
     v.                           :
                                  :
DAWN CLARK, et al.,               :
                                  :
          Respondents.            :
```

**ORDER**

**AND NOW**, this **22nd** day of **March, 2021**, upon consideration of Hindolui Kennie's Petition for Writ of Habeas Corpus (ECF No. 3), the Respondents' Answer (ECF No. 11), the other documents filed by the parties, and after review of the Report and Recommendation of U.S. Magistrate Judge Carol Sandra Moore Wells (ECF No. 12), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

2. The Petition for a Writ of Habeas Corpus is **DISMISSED AS MOOT**, without an evidentiary hearing;[2] and

---

[1] Petitioner was released from prison in February 2020, and it is not clear whether he received a copy of the Report and Recommendation. However, it is the Petitioner's job to inform the court of any address change, and he has not done so since his release in February. Consequently, there is no way for the court to mail him a copy of the Report and Recommendation.

[2] All four of Petitioner's constitutional claims attack the validity of a probation detainer that was lodged against him for his 2016 case. He requests that the probation detainer be rescinded. However, the detainer for the 2016 case has already expired. Consequently, this court cannot provide Petitioner any relief and his claims are moot.

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**